[No. 9192–1–I.   Division One.   February 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS ELLERY LYNN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–00739–1, Peter K. Steere, J., entered August 12, 1980. *Affirmed* by unpublished opinion per

Andersen, C.J., concurred in by Durham and Corbett, JJ.